Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-847

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** Pumpkin Delivery

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111312

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-224-587

**Effective Date of Registration:**
September 30, 2020
**Registration Decision Date:**
November 25, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** Autumn Pumpkin Coffee Cat

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** September 18, 2015
**Nation of 1st Publication:** United States

## Author
_____

• **Author:** Ryan Conners
**Author Created:** Painting
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions
_____

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Telephone:** (503)816-3110
**Alt. Telephone:** (503)816-3110
**Address:** 707 North St
Oil City, PA 16301 United States



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-299-773

**Effective Date of Registration:**
April 25, 2022
**Registration Decision Date:**
May 16, 2022

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

|  |  |
|---|---|
| Title of Work: | Iced Coffee Tuxedo Cat |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | June 09, 2015 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| Author: | Ryan Conners |
| Author Created: | Painting |
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Ryan Conners |
| | 707 North St, Oil City, PA, 16301, United States |

## Rights and Permissions

|  |  |
|---|---|
| Name: | Ryan Conners |
| Email: | kilkennycat_@yahoo.com |
| Telephone: | (503)816-3110 |
| Alt. Telephone: | (503)816-3110 |
| Address: | 707 North St |
| | Oil City, PA 16301 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-187-238

**Effective Date of Registration:**
December 06, 2019
**Registration Decision Date:**
January 23, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work: A Latte of Love

## Completion/Publication
_____

Year of Completion: 2015
Date of 1st Publication: July 29, 2015
Nation of 1st Publication: United States

## Author
_____

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions
_____

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification
_____



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-184-875

**Effective Date of Registration:**
November 25, 2019
**Registration Decision Date:**
January 07, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Winter Coffee Cat

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: December 22, 2015
Nation of 1st Publication: United States

## Author

- Author: Ryan Conners
  Author Created: Painting
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-844**

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Kitty Takes a Ride On A Chicken |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | April 05, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111310 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-750

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Black Cat Cafe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 06, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111305 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-838**

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** The Library Cat

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 27, 2015
**Nation of 1st Publication:** United States

## Author

• **Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111315

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-748

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title
_____

**Title of Work:** Autumn Siamese Coffee Cat

## Completion/Publication
_____

**Year of Completion:** 2014
**Date of 1st Publication:** October 19, 2014
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
_____

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111304

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-751

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title
_____

Title of Work: Catpuccino Tuxedo Cat

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: May 17, 2019
Nation of 1st Publication: United States

## Author
_____

- Author: Ryan Conners
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
_____

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Address: 707 North St.
Oil City, PA 16301 United States

## Certification
_____

Name: David Denholm
Date: November 13, 2023
Applicant's Tracking Number: RC2023111306

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-381-318**

**Effective Date of Registration:**
November 27, 2023
**Registration Decision Date:**
February 05, 2024

---

### Title

**Title of Work:** Black Cats in the Pumpkin Patch

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 16, 2019
**Nation of 1st Publication:** United States

### Author

**Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

### Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

### Certification

**Name:** David Denholm
**Date:** November 27, 2023
**Applicant's Tracking Number:** RC2023112701

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-840

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A Latte of Love Ginger Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 17, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111301 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-842

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

## Title
_____

Title of Work: Frida Y Gatos Yellow

## Completion/Publication
_____

Year of Completion: 2013
Date of 1st Publication: February 18, 2013
Nation of 1st Publication: United States

## Author
_____

- Author: Ryan Conners
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
_____

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Address: 707 North St.
Oil City, PA 16301 United States

## Certification
_____

Name: David Denholm
Date: November 13, 2023
Applicant's Tracking Number: RC2023111309

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-849

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Familiars |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | September 14, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111314 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-753

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

Title of Work: Christmas Tux Cat On A Bicycle

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: November 06, 2015
Nation of 1st Publication: United States

## Author

- Author: Ryan Conners
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Address: 707 North St.
Oil City, PA 16301 United States

## Certification

Name: David Denholm
Date: November 13, 2023
Applicant's Tracking Number: RC2023111308

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-225-121

**Effective Date of Registration:**
October 30, 2020
**Registration Decision Date:**
December 01, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: French Press Coffee Cats

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: April 12, 2019
Nation of 1st Publication: United States

## Author

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-846

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | New Autumn Coat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 04, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111311 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-738

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Autumn Pumpkin Coffee Cat Fiona |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | October 09, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Ryan Conners |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Ryan Conners |
| Email: | kilkennycat_@yahoo.com |
| Address: | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | November 13, 2023 |
| Applicant's Tracking Number: | RC2023111303 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-226-530

**Effective Date of Registration:**
October 05, 2020
**Registration Decision Date:**
December 07, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title

Title of Work: Mother's Day Bicycle Ride

### Completion/Publication

Year of Completion: 2019
Date of 1st Publication: April 16, 2019
Nation of 1st Publication: United States

### Author

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States

### Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

### Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-735**

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

**Title of Work:** Autumn Fat Ginger Cat on A Bicycle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111302

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-752

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Cats in the Pumpkin Patch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | September 05, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners<br>707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St.<br>Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111307 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-848**

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Purrfect Performance |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111313 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-222-226

**Effective Date of Registration:**
September 04, 2020
**Registration Decision Date:**
November 06, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title
| | |
|---|---|
| **Title of Work:** | Trick or Treat Group |

### Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 21, 2012 |
| **Nation of 1st Publication:** | United States |

### Author
| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | Painting |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 NORTH ST, OIL CITY, PA, 16301, United States |

### Rights and Permissions
| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 NORTH ST |
| | OIL CITY, PA 16301 United States |

### Certification

Page 1 of 2

